UNITED STATES FEDERAL DISTRICT COURT
AUGUST 1, 2022 FILING
FEDERAL Courthouse bruce r. thompson
400 South Virginia Street reno, nv 89501

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

AND /OR
CAMERON &
TRAVIS COUNTY
509 W, 11th St.

for the
CRIMINAL COURT
District of AUSTIN, TEXAS 78701
CRIMINAL Division

FILED
ENTERED
COUNSEL/PARTIES OF RECORD

AUG 01 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

MAX R. PROVINO — DISABLED
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

CAMERON COUNTY, TEXAS

JUDGE CARLOS H. CASCOS
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:22-cv-00341
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

FOR A CRIMINAL AND CIVIL

**COMPLAINT FOR A CASE**

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | MAX R. PROVINO |
   | Street Address | 1360 YORI AVE #B |
   | City and County | RENO , NEVADA 89502 |
   | State and Zip Code | |
   | Telephone Number | 775 470-3184 |
   | E-mail Address | MCA 5517ef@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* MAX R. PROVINO, is a citizen of the
       State of *(name)* NEVADA.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated
       under the laws of the State of *(name)* _____
       and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* CAMERON COUNTY, TEXAS AND JUDGE CARLOS H. CASCOS COUNTY JUDGE is a citizen of
       the State of *(name)* TEXAS. Or is a citizen of
       *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name  CAMERON COUNTY, TEXAS
Job or Title (if known)  CARE OF GREG ABBOTT
Street Address  1100 SAN JACINTO AUSTIN, TEXAS U.S.A.
City and County
State and Zip Code
Telephone Number  512 463-2000
E-mail Address (if known)

Defendant No. 2

Name  JUDGE CARLOS H. CASCOS
Job or Title (if known)  CARE OF GREG ABBOTT
Street Address  1100 SAN JACINTO AUSTIN, TEXAS U.S.A.
City and County
State and Zip Code  512 463-2000
Telephone Number
E-mail Address (if known)

Defendant No. 3

Name  RICK PERRY
Job or Title (if known)  FORMER GOVERNOR
Street Address  1100 SAN JACINTO AUSTIN, TEXAS U.S.A.
City and County
State and Zip Code
Telephone Number  512 463-2000
E-mail Address (if known)

Defendant No. 4

Name  JUDGE HINOJOSA CAMERON COUNTY, TEXAS
Job or Title (if known)  CARE OF GREG ABBOTT
Street Address  1100 SAN JACINTO, TEXAS U.S.A.
City and County
State and Zip Code
Telephone Number  512 463-2000
E-mail Address (if known)

Defendant No. 5

Name: JUDGE BENNY OCHOA III

Job or Title (if known): CAMERON COUNTY JUSTICE OF THE PEACE

Street Address: CARE OF GREG ABBOTT

City and County: 1100 SAN JACINTO , AUSTIN TEXAS

State and Zip Code:

Telephone Number: 512 463-2000

E-mail Address (if known):

Defendant No. 6

Name: JOHN RICHARDS TEXAS STATE INSPECTOR

Job or Title (if known): FOR THE TEXAS SUPREME COURT

Street Address: CARE OF GREG ABBOTT

City and County:

State and Zip Code: 1100 SAN JACINTO AUSTIN , TEXAS U.S.A.

Telephone Number: 512 463 -2000

E-mail Address (if known):

Defendant No. 7

Name: JEFFREY E. CHURCH FRAUD ATTORNEY

Job or Title (if known):

Street Address: CARE OF GREG ABBOTT
1100 SAN JACINTO AUSTIN, TEXAS

City and County:

State and Zip Code:

Telephone Number: 512 463-2000

E-mail Address (if known):

Defendant No. 8

Name: ALBERT VILLEGAS III

Job or Title (if known): FRAUD ATTORNEY
CARE OF GREG ABBOTT

Street Address: 1100 SAN JACINTO AUSTIN , TEXAS

City and County:

State and Zip Code:

Telephone Number: 512 463 - 2000

E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 9

Name: RAUL GARZA CITY MANAGER LAGUNA VISTA TEXAS
Job or Title (if known): CARE OF GREG ABBOTT
Street Address: 1100 SANJACINTO
City and County: AUSTIN, TEXAS
State and Zip Code: U.S.A.
Telephone Number: 512 463-2000
E-mail Address (if known):

Defendant No. 10

Name: MR. WARMAN TEXAS GOVERNORS FRAUD COUNSELOR
Job or Title (if known): CARE OF GREG ABBOTT 1100 SAN JACINTO
Street Address: AUSTIN, TEXAS U.S.A.
City and County:
State and Zip Code:
Telephone Number: 512 463-2000
E-mail Address (if known):

Defendant No. 11

Name: LISA MEDRANO TITLE OFFICER
Job or Title (if known): SOUTHERN TEXAS TITLE BROWNSVILLE TEXAS
Street Address:
City and County: CARE OF GREG ABBOTT PLEASE FORWARD
State and Zip Code: 1100 SAN JACINTO, AUSTIN, TEXAS U?S?A.
Telephone Number: 512 463-2000
E-mail Address (if known):

Defendant No. 12

Name: ROB CARTER TEXAS COMMISSIONER OF TITLE AND MORTGAGE FRAUD
Job or Title (if known): CARE OF GREG ABBPTT
Street Address: 1100 SAN JACINTO
City and County: AUSTIN, TEXAS U.S.A.
State and Zip Code:
Telephone Number:
E-mail Address (if known): 512 463-2000

Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant. *(name)* _____ is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**RICK PERRY STOLE ALL OUR MONEY AND PROPERTY DELIBERATELY**  OVER $75,000

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IN  Rick Perry advertised in Nevada, that Texas is OOPEN For Businesws. Then in 2008 David Privett said he would pay off the $ 500,000 Dollars he owed on 242 Santa Isabell / Then in 2005 Losa Medrano said whe would mail us the escrow instuctions to nevada because we lowered our offer to Do not pay more than 1 million Dollars for  242 Santa Isabell/ Then in 2010 Albert Villegas said to M_illa Walker That the Provinos had been deliberately and falsely overcharged $837,000 Dolloars for their purchase of 242 Santa Isavel. Then the Provinos called Governor Rick Perry Because the Lafguna Vista Police Dept. was Ignoring the Complaint

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Then Rick Perry sent Helen Provino a Text message saying she was to Travel to England to get her money back. But he did not privide an address, nor Proof that the money was therte. this was In 2015

But he did have Juan Trey Mendez III Yell at Helen Provino and steal her money and he killed her in 2012

Rick Perry is a deliberate Murderer and Thief.

33 Million, 382, 944.19 Is the Demand FOR THE Court To Decide
On          for Fa..lse Advertisement. Murder, Premeditated Murder, Entrapment, Destruction Of Life, Intentional Tourist Fraud, Extortion, Theft Of Property, Ricoh Federal Violations Theft Of Insurance, Falose Attorneys, Corrupt Govt. Officials, Larceny, and Premeditated Grand Larceny. and Extradition Fraud (F (Federal)        EXTORTION AND MURDER OF HELEN S. PROVINO AT Brownsville, TX

7. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-22-2022

Signature of Plaintiff: Max R. Provino
Printed Name of Plaintiff: Max R. Provino

B. **For Attorneys**

Date of signing: _____

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Street Address                _____
State and Zip Code            _____
Telephone Number              _____
E-mail Address                _____